# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE INC, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>NEIMAN MARCUS GROUP, INC., a Delaware Corporation; DILLARD'S, INC., a Delaware Corporation; REPUBLIC CLOTHING CORPORATION, a New York Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 16-4434-GW(FFMx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>Honorable George Wu |

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: April 20, 2017

_____
GEORGE H. WU, U.S. District Judge